Persons, Appellee, *v.* Cochran, Appellee; Ohio Adult Parole Authority, Appellant.

[Cite as *Persons v. Cochran* (2001), 91 Ohio St.3d 81.]

(No. 00–1619—Submitted January 31, 2001—Decided February 28, 2001.)

———————

*Per Curiam.* The judgment of the court of appeals is reversed on the authority of *Woods v. Telb* (2000), 89 Ohio St.3d 504, 733 N.E.2d 1103, and the

cause is remanded for judgment consistent with *Woods.* See, also, *State ex rel. Mosley v. Nichols* (2001), 90 Ohio St.3d 517, 739 N.E.2d 800; *Price v. Henry* (2000), 89 Ohio St.3d 521, 733 N.E.2d 1116; *State v. Jones* (2000), 89 Ohio St.3d 519, 733 N.E.2d 1115.

*Judgment reversed*
*and cause remanded.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

---

*Betty D. Montgomery*, Attorney General, and *Stephanie L. Watson*, Assistant Attorney General, for appellant.